FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2023

No. 04-22-00564-CV

**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY**,
Appellant

v.

Curtis **BROWN**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-04336
Honorable Nicole Garza, Judge Presiding

# O R D E R

      The reporter's record was originally due November 17, 2022 but was not filed. On November 29, 2022, this court notified the court reporter by letter that the reporter's record was late and instructed the court reporter to file the record by December 29, 2022. Because neither the record nor a notification of late record was filed in response to this court's letter, on January 4, 2023, we ordered the court reporter to file the record by January 17, 2023. We also cautioned the court reporter that if he did not comply with our order, we may be required to initiate contempt proceedings.

      As of the date of this order, neither the record nor a notification of late record has been filed. We therefore **ORDER** court reporter David Laurel to file the record or a notification of late record **by February 6, 2023.** If Mr. Laurel does not timely comply with this order, an order will be issued directing him to appear before this court in person and show cause why he should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Mr. Laurel by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Nicole Garza, Judge of the 37th Judicial District Court.

_____
Beth Watkins, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court